UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 07cMJ2858 |
| | ) | |
| | ) | COMPLAINT FOR VIOLATION OF |
| VS | ) | 21 U.S.C. Sections 952 & 960, |
| | ) | Importation of a Controlled Substance |
| Benjamin Lee Brewington, Jr. | ) | |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about December 7, 2007, within the Southern District of California, Benjamin Lee Brewington, Jr. did knowingly and intentionally import approximately 1.70 kilograms (3.74 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Nathan Emery, Special Agent
U.S. Immigration and
Customs Enforcement (ICE)

Sworn to before me and subscribed in my presence, this 10th day of December 2007.

_____
United States Magistrate-Judge

# PROBABLE CAUSE STATEMENT

I, Special Agent Nathan A. Emery, declare under penalty of perjury, the following is true and correct:

On December 7, 2007, at approximately 2100 hours, Benjamin Lee Brewington, Jr. made entry into the United States via the San Ysidro Port of Entry from the Republic of Mexico as the driver of a red 1996 Dodge Neon bearing California license plate 5ROH585. Upon entering the United States, Brewington encountered a U.S. Customs Border Protection (CBP) Officer in the primary inspection area. Brewington informed the Officer he was going to National City, California, and gave two negative Customs declarations. During the primary inspection, the CBO Officer requested assistance from a CBP Canine Enforcement Officer (CEO) to screen the vehicle. CBP Narcotics/Human Detection Dog, "Sasha" (CG-37), was utilized to screen the vehicle and subsequently alerted to the trunk area of the vehicle. During a cursory inspection of the vehicle, suspicious packages were discovered in the spare tire well. Consequently, the vehicle was referred to the secondary lot for further inspection.

During the Secondary Inspection, CBP Officers inspected the vehicle and discovered two packages under the carpet that covered the spare tire well. The packages were Tupperware containers wrapped in packaging tape. A CBP Officer probed one of the packages and discovered a white crystalline substance that field-tested positive for presence of methamphetamine. The total weight of the methamphetamine was approximately 3.74 pounds (1.7 kilograms).

U.S. Immigration and Customs Enforcement (ICE) Special Agents Brewington that he was under arrest and read him is his rights per Miranda. Brewington stated he understood his Rights and that he was willing to answer questions. Brewington admitted that he was attempting to transport drugs into the United States, but stated he thought he was smuggling marijuana that was concealed in the trunk of his vehicle. Brewington told the ICE Special Agents that he was instructed to deliver the vehicle to the Kmart parking lot located at 4330 Camino De la Plaza in San Ysidro, California. Brewington was to be compensated $2,000 for his efforts. Brewington was arrested and transported to the Metropolitan Correctional Center, San Diego, California.

Executed on December 8, 2007

Special Agent Nathan A. Emery
U.S. Immigration and
Customs Enforcement

Page 1 of 2

## U.S. vs BREWINGTON

U.S. Immigration and Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of 2 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on December 7, 2007, in violation of Title 21, United States Code, Section(s) 952 & 960.

*[signature]*                              12/8/07 at 9:24am
United States Magistrate Judge              Date/Time

Page 2 of 2