# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   CALIFORNIA

UNITED STATES OF AMERICA

v.   **APPEARANCE**

BENJAMIN LEE BREWINGTON, JR.   Case Number: 07MJ2858

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

BENJAMIN LEE BREWINGTON, JR.

I certify that I am admitted to practice in this court. PRO HAC VICE.

| | |
|---|---|
| 12/12/2007 | /s/ LINDA LOPEZ |
| Date | Signature |
| | Linda Lopez/ Federal Defenders of SD — 177301 |
| | Print Name — Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City  State  Zip Code |
| | (619) 234-8467   (619) 687-2666 |
| | Phone Number   Fax Number |

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: December 12, 2007                                                  /s/  Linda Lopez
                                                                         LINDA LOPEZ
                                                                         Federal Defenders of San Diego, Inc.
                                                                         225 Broadway, Suite 900
                                                                         San Diego, CA 92101-5030
                                                                         (619) 234-8467  (tel)
                                                                         (619) 687-2666  (fax)
                                                                         e-mail: Linda_Lopez@fd.org